# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

AMERICAN VEHICULAR SCIENCES LLC,

    Plaintiff,

v.                                                   Case No. 14-13016

TOYOTA MOTOR CORPORATION et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

On April 7, 2014, the parties informed the court in an informal communication that Plaintiff had agreed to dismiss all remaining claims against the Toyota Defendants. Despite an assurance that a dismissal would be forthcoming, no stipulation has thus far been presented. Accordingly, on the strength of counsels' representations,

IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Any party may reopen this matter for any reason prior to **June 30, 2015** by filing a "Notice of Reopening," and the case will be reinstated, with all rights and remedies preserved. Additionally, any time before **June 30, 2015**, the parties may substitute this order with their own stipulated order of dismissal. After **June 30, 2015**, the dismissal will become with prejudice.

                                               s/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated:  April 30, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 30, 2015, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522